FILED
APR 02 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:15CR91 LJO SKO |
| Plaintiff, | ) ORDER RE: MOTION TO UNSEALSEAL<br>) INDICTMENT PURSUANT TO RULE 6(e), |
| v. | ) RULES OF CRIMINAL PROCEDURE |
| DILLON WHITEPLUME, | ) |
| Defendant. | ) |

Pursuant to the Motion by the United States,

IT IS HEREBY ORDERED that the Indictment and Arrest Warrant filed on March 26, 2015 be unsealed and made public record.

DATED: April 2, 2015

_____
U.S. MAGISTRATE JUDGE

---

[1] MOTION AND ORDER TO UNSEAL
INDICTMENT