HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DILLON WHITEPLUME

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff,* <br> v. <br> DILLON WHITEPLUME, <br> *Defendant.* | No. 1:15-cr-00091 LJO-SKO-1 <br><br> STIPULATION AND ORDER TO CONTINUE SENTENCING <br><br> DATE: October 13, 2015 <br> TIME: 8:30 a.m. <br> JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the sentencing hearing currently scheduled for September 21, 2015, may be continued to October 13, 2015 at 8:30 a.m.,** or the soonest date thereafter that is convenient to the court.

The draft Presentence Investigation Report contains information regarding Mr. Whiteplume's criminal history that is different from what the parties anticipated. The material at issue relates to cases in Stanislaus County from the 1990s. The defense is obtaining court files to clarify the record, but due to the age of the cases Stanislaus County has advised that some files have been purged and others transferred to microfilm. Additional time is needed to attempt to obtain records necessary to clarify Mr. Whiteplum's correct criminal history.

///

The parties agree that the delay resulting from this request shall be excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: August 24, 2015                By     */s/ Melanie L. Alsworth*
                                                           MELANIE L. ALSWORTH
                                                           Assistant United States Attorney
                                                           Attorneys for Plaintiff

                                              HEATHER E. WILLIAMS
                                              Federal Defender

DATED: August 24, 2015                By     */s/ Eric V. Kersten*
                                                          ERIC V. KERSTEN
                                                           Assistant Federal Defender
                                                           Attorneys for Defendant
                                                           DILLON WHITEPLUME

**ORDER**

The sentencing hearing scheduled for September 21, 2015 is continued to October 13, 2015 at 8:30 a.m.

IT IS SO ORDERED.

    Dated: **August 24, 2015**                **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE